IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| **GREGORY WAYNE CULLAR,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 7:19-cv-00027-O-BP |
| § | |
| **ANDREW M. SAUL,** Commissioner of § | |
| Social Security Administration, § | |
| § | |
| Defendant. § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case (ECF No. 20), issued on August 19, 2020. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, the Court **GRANTS** Plaintiff's Unopposed Motion for Attorney Fees Under the Equal Access to Justice Act. The Court **ORDERS** Defendant to pay Plaintiff Gregory Wayne Cullar, in care of David F. Chermol, an attorney, Chermol & Fishman LLC, 11450 Bustleton Ave., Philadelphia, PA 19116, attorney fees under the Equal Access to Justice Act for 42.00 hours of service performed in 2019 at a rate of $193.00 per hour for a total of $8,106.00, plus costs in the amount of $400.00 as reflected in ECF No. 1.

**SO ORDERED** on this **3rd day** of **September, 2020**.

_Reed O'Connor_
**UNITED STATES DISTRICT JUDGE**