IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| GREGORY WAYNE CULLAR,  §<br>§<br>  Plaintiff,   §<br>§<br>v.     §   Civil Action No. 7:19-cv-00027-O-BP<br>§<br>ANDREW M. SAUL, Commissioner of §<br>Social Security Administration,  §<br>§<br>  Defendant.   § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case (ECF No. 24), issued on January 8, 2021. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, the Court **GRANTS** Plaintiff's Motion & Brief for Attorney Fees Pursuant to 42 U.S.C. § 406(b) (ECF No. 22), **AWARDS** David F. Chermol, Esq., attorney fees in the amount of $20,339.50 under 42 U.S.C. § 406(b), **ORDERS** the Commissioner to certify and disburse this amount from Plaintiff's past-due benefits to Plaintiff's counsel, and **ORDERS** Plaintiff's counsel to promptly return to Plaintiff the $8,106.00 attorney fee award previously entered under the Equal Access to Justice Act.

**SO ORDERED** on this **28th day** of **January, 2021**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

1